STATE OF NEW JERSEY v. PATRICK BURNS.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER J. CORUZZI.

May 17, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 273)

NEW JERSEY RACING COMMISSION v. MICHAEL GAGLIARDI.

May 17, 1983.

Petition for certification denied.

DAVID M. WELSH v. MICHAEL KEATING.

May 17, 1983.

Petition for certification denied.

JOHN C. CRISPIN v. VOLKSWAGENWERK, A.G.

May 31, 1983.

Petition for certification granted.